United States District Court
For the Northern District of California

FILED
FEB 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

JOAQUIN R. CANO,

    Defendant(s).

No.: 4:18-70244-MAG

ORDER FOR RELEASE FROM FEDERAL CUSTODY

The defendant having appeared before the undersigned Magistrate Judge, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

Dated: February 27, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge